**THIRD DIVISION**
**DOYLE, P. J.,**
**McFADDEN, P. J., and HODGES, J.**

**NOTICE: Motions for reconsideration must be**
***physically received* in our clerk's office within ten**
**days of the date of decision to be deemed timely filed.**
**https://www.gaappeals.us/rules**

**August 23, 2022**

# In the Court of Appeals of Georgia

A20A0818. GARDEI v. CONWAY et al.

DOYLE, Presiding Judge.

In *Gardei v. Conway*,[1] this Court affirmed the trial court's grant of the defendants' motion to dismiss the complaint. The Supreme Court of Georgia reversed that decision in *Gardei v. Conway.*[2] We therefore vacate our earlier opinion, adopt the Supreme Court's opinion as our own, reverse the judgment of the trial court, and remand the case for further proceedings consistent with the Supreme Court's opinion.

*Judgment reversed and case remanded with direction. McFadden, P. J., and Hodges, J., concur*.

---

[1] 357 Ga. App. 539 (851 SE2d 170) (2020).

[2] 313 Ga. 132 (868 SE2d 775) (2022).